# EXHIBIT B

**From:**       Jacob Youngman <jacob@raptorsourcing.com>
**Sent:**       Thursday, October 29, 2020 9:21 AM
**To:**         Barry Shain
**Cc:**         Jeff Lee; MARYANN CRISTELLI; Roger Heumann; powell@raptormetals.com
**Subject:**    Re: PO 28005.pdf


Yes that is correct this is outside the balance of safe flex

Sent from my iPhone


On Oct 29, 2020, at 9:20 AM, Barry Shain <barryshain@outlook.com> wrote:


**Jake
250,000 box limit is correct. We still owe you 3 containers of Safe
Flex. I assume you want those as well?
Please advise?
Thanks,
B**

**From:** Jacob Youngman <jacob@raptorsourcing.com>
**Sent:** Thursday, October 29, 2020 8:57 AM
**To:** Barry Shain <barryshain@outlook.com>
**Cc:** Jeff Lee <jlee@olympiagloves.com>; MARYANN CRISTELLI <mcristelli4@yahoo.com>; Roger
Heumann <rheumann@olympiagloves.com>; powell@raptormetals.com
**Subject:** Re: PO 28005.pdf

Barry,

Just so I'm clear, the max we can buy is 250k units total.  Please confirm so i can get the PO's issued.  We
will stick to Plan A below.

On Wed, Oct 28, 2020 at 6:08 PM Barry Shain <barryshain@outlook.com> wrote:

> **Jake and Powell and the rest of the Natural Essential team,**
>
>
> **Thank you for the PO for the first 2 Superieur test containers.**
>
> **We believe we will need 30-35 days to land them/inspect them,
> however let's stay flexible on these first 2 on the inspection date, as
> it's our first experience with Viet Nam. Jeff will send you a Proforma
> on these purchase orders post haste.**

1

After analyzing our demand and the desire to be fair to other customers and keep our commitments, we feel that a 250,000 box cap on this lot would be a fair way to proceed. That would be 8 containers.

There are two ways you can buy these

A. **If you want to keep with the fully financed deal , we can offer you two containers every week to 10 days until you receive the 8 containers, so about a month to 6 weeks**
B. **If you want 4 containers a week for two weeks, or possibly all 8 containers at one time, we would have to confirm that with the factory from a production standpoint and we would need a 50% deposit and would finance the balance until it lands.**
C. **Since we only placed the test order so far, give us 35 days from tomorrow to begin your first receipt and then if you're staying with the finance deal, write your back up PO's with a 10 day window for each week.**

Thanks,

B

---

**From:** Jacob Youngman <jacob@raptorsourcing.com>
**Sent:** Wednesday, October 28, 2020 4:00 PM
**To:** Barry Shain <barryshain@outlook.com>; powell@raptormetals.com; Jeff Lee <jlee@olympiagloves.com>; MARYANN CRISTELLI <mcristelli4@yahoo.com>; Roger Heumann <rheumann@olympiagloves.com>
**Subject:** PO 28005.pdf

All,

Please see the attached PO for the 2 trial containers of Gloves.

We'll send a second PO tomorrow for total we will want on the 500k.

Thanks again let's keep it rolling!


Sent from my iPhone

--