# EXHIBIT K

**From:** Jacob Youngman <jacob@raptorsourcing.com>
**To:** "Laura E. Kogan" <LKogan@beneschlaw.com>
**Subject:** Fwd: WIMAX GLOVES READY FOR INSPECTION
**Date:** Wed, 10 Feb 2021 12:14:33 -0500
**Importance:** Normal
**Attachments:** ATT00001.htm; V_Glove_PO_28017.pdf; ATT00002.htm; image001.jpg

---

**From:** Barry Shain <barryshain@outlook.com>
**Date:** February 10, 2021 at 11:57:38 AM EST
**To:** Jacob Youngman <jacob@raptorsourcing.com>
**Cc:** "Powell Raptor Metals Inc." <powell@raptormetals.com>, Bryan Pellegrino <bryan@naturalessentialsinc.com>, Jeffrey Lee <jlsyltex@gmail.com>, MARYANN CRISTELLI <mcristelli4@yahoo.com>, Legal Team <legal@raptorsourcing.com>
**Subject: WIMAX GLOVES READY FOR INSPECTION**

**Jacob,**

**First, your looking at an old PO written in the very beginning of our relationship. The active PO that we are working with is attached. And yes, while cost pricing to us has gone up over a dollar and we are now selling other customers in the $12.50 - $13.50 range. We are going to honor our pricing to you.**

**And yes, you ordered 8 containers, and we intend to ship all of them at the $11.85 we committed to, the first 2 are scheduled to be on a boat next week.**

**And yes, we were promised Hartelaga Matig, and have money down on the lot, but, we have not gotten them yet , nor do we know if we are going to get them to be quite honest. We are considering our total options on what's next. For now, its Wimex.**

**That's why I said we will make a decision on what comes after the Wimax shortly. This Wimax seems to be a good quality glove. Its .08MM (+/- .2MM) thick, its Chemo rated, its FDA and 510 K certified. You can of course judge for yourself when you inspect them in NYC.**

**That said, I want you to understand that our initial intentions remain intact. To deliver a good quality nitrile glove at a fair price. There is no conspiracy here. We are all well intentioned, and honest here at Olympia glove. Our issues lie with trying to deal with less than honest production companies who lie about what they can produce and also are very willing to sell your contracted production out from under you, if the next buyer is willing to pay a higher cost. We are not the bad guys here Jake. We tell you what we are told. Nothing more. Nothing less.**

---

**From:** Jacob Youngman <jacob@raptorsourcing.com>
**Sent:** Wednesday, February 10, 2021 11:39 AM
**To:** Barry Shain <barryshain@outlook.com>
**Cc:** Powell Raptor Metals Inc. <powell@raptormetals.com>; Bryan Pellegrino <bryan@naturalessentialsinc.com>; Jeffrey Lee <jlsyltex@gmail.com>; MARYANN CRISTELLI <mcristelli4@yahoo.com>; Legal Team <legal@raptorsourcing.com>
**Subject:** Re: WIMAX GLOVES READY FOR INSPECTION

So now you have pivoted from the hartelega that you had 15 containers of in your possession? Also the purchase order we put in to Olympia was for 8 containers not 2 just to be clear and we continue to wait patiently for Olympia to deliver on the PO from October at a price of $10.25 see attached.