**FILED**

1:33 pm May 12 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

May 10, 2021

Honorable John R. Adams
John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 510
Akron, Ohio 44308-1813

RECEIVED

MAY 12 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Re: Natural Essentials, Inc. v. Olympia Sports Company, Inc.
Index No. 5:21-cv-0082 823
Filed 4/19/21

To Honorable Justice Adams:

My name is Roger Heumann and I am the President of Olympia Sports Company, Inc., who is named as a defendant in the lawsuit referenced above.

My company commenced a lawsuit against plaintiff Natural Essentials, Inc., prior to the commencement of the lawsuit before this Court. That suit is: *Olympia Sports Company, Inc. v. Natural Essentials, Inc., Index No. 500508/2021,* filed in Putnam County on 4/9/21.

We are in the process of obtaining counsel in this jurisdiction. I believe that our time to respond to the Complaint filed by Natural Essentials, Inc., is May 14, 2021.

We anticipate that there may be motion practice in this jurisdiction as well as in the NYS litigation.

I am writing to request an extension of time for my company to respond to this lawsuit. I understand that there have been discussions between our NY Counsel and Counsel for Natural Essentials, Inc., about jurisdictional and other issues that are ongoing.

Accordingly, we request an extension of time to respond to Plaintiffs Complaint until June 24, 2021. We believe that this time frame will afford the parties and opportunity to resolve some issues without burdening the court.

Respectfully Submitted,

Roger Heumann
Olympia Sports Company, Inc.
281 Fields Lane
Brewster, New York 10509
(845) 302-4924