<u>VIA ECF</u>

June 23, 2021

Honorable John R. Adams
United States District Judge
John F. Seiberling Federal Building and
U.S. Courthouse
Two South Main Street, Room 510
Akron, Ohio 44308-1813

**FILED**
JUN 2 5 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Re:  Natural Essentials, Inc. v. Olympia Sports Company, Inc.
     Index No. 5:21-cv-00823
     Filed 4/19/21

To the Honorable Justice Adams:

My name is Roger Heumann, the President of Olympia Sports Company, Inc. ("Olympia") the named defendant in the above referenced matter. I previously requested and adjournment on May 10, 2021, which your Honor graciously granted up or until June 24, 2021. As this Court is aware from my prior letter, there is a lawsuit that was commenced on behalf of *Olympia v. Natural Essentials, Inc.*, ("Natural Essential") under Index No. 500508/2021 filed in Putnam County, New York. That matter is currently pending. On April 19, 2021, this pending matter was filed before your Honor.

Since the lawsuits began the parties have been engaged in communications, including phone call and emails containing early discovery items and issues in an earnest attempt to reach a settlement, however, none has been reached as of yet. Both sides are hopeful that this matter can be resolved without expending the Courts resources or additional expenses if given time for further discussions. Unfortunately, despite our efforts, settlement cannot be reached before June 24, 2021. Even as of this morning, June 23, 2021, we were working toward a resolution of both litigations.

I am asking the Court to respectfully extend my time to answer, move or otherwise respond to the Complaint. I am requesting a 30-day extension to answer, move or otherwise respond to the Complaint, which would render the new due date, July 22, 2021.

Thank you for your time and consideration of this application.

Respectfully submitted,

*Roger Heumann*
*Olympia Sports Company, Inc.*
*281 Fields Lane*
*Brewster, New York  10509*

