# EXHIBIT B

**Signature:** *Bryan Pellegrino (Jul 21, 2021 13:46 CDT)*

**Email:** bryan@naturalessentialsinc.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NATURAL ESSENTIALS INC.<br>115 Lena Drive<br>Aurora, OH 44202<br><br>   Plaintiff<br><br>vs.<br><br>OLYMPIA SPORTS COMPANY, INC.<br>281 Fields Lane<br>Brewster, New York 10509<br><br>   Defendant | CASE NO. 5:21-cv-00823<br><br>JUDGE JOHN R. ADAMS<br><br>**DECLARATION OF BRYAN PELLEGRINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTION TO TRANSFER VENUE** |

1. I, Bryan Pellegrino, am over the age of twenty-one and competent to testify based upon firsthand knowledge about the matters stated below.

2. I am Vice President for Natural Essentials Inc.

3. The majority of non-party witnesses in the above-captioned lawsuit are located outside of the state of New York.

4. These non-party witnesses include: Gary L. Pellegrino Sr. residing in Ohio; Gary Pellegrino Jr. residing in Ohio; Nick Stoll residing in Ohio; Jacob Youngman residing in Florida; Powell Pace residing in Florida; Maryann Cristelli residing in New Jersey; Cody Hays residing in Texas; and witnesses residing in southeast Asia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2021

                 By: *Bryan Pellegrino*
                    Bryan Pellegrino

14866060 v1

# Pellegrino Declaration in Support of Opposition to Motion to Transfer

Final Audit Report 2021-07-21

| | |
|---|---|
| Created: | 2021-07-21 |
| By: | Laura Kogan (lkogan@beneschlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJC4VW9oBytR-vY6JzBVyQuCQVbw8OQtl |

## "Pellegrino Declaration in Support of Opposition to Motion to Transfer" History

- Document created by Laura Kogan (lkogan@beneschlaw.com)
  2021-07-21 - 5:13:19 PM GMT- IP address: 34.103.72.143

- Document emailed to Bryan Pellegrino (bryan@naturalessentialsinc.com) for signature
  2021-07-21 - 5:13:33 PM GMT

- Email viewed by Bryan Pellegrino (bryan@naturalessentialsinc.com)
  2021-07-21 - 6:45:40 PM GMT- IP address: 66.249.88.183

- Document e-signed by Bryan Pellegrino (bryan@naturalessentialsinc.com)
  Signature Date: 2021-07-21 - 6:46:55 PM GMT - Time Source: server- IP address: 108.161.217.188

- Agreement completed.
  2021-07-21 - 6:46:55 PM GMT

Adobe Sign