# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATURAL ESSENTIALS INC. | ) | |
| 115 Lena Drive | ) | |
| Aurora, OH  44202 | ) | CASE NO. 5:21-cv-00823 |
| | ) | |
| Plaintiff | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF JACOB** |
| OLYMPIA SPORTS COMPANY, INC. | ) | **YOUNGMAN IN SUPPORT OF** |
| 281 Fields Lane | ) | **PLAINTIFF'S OPPOSITION TO THE** |
| Brewster, New York  10509 | ) | **MOTION TO TRANSFER VENUE** |
| | ) | |
| Defendant | ) | |

1.      I, Jacob Youngman, am over the age of twenty-one and competent to testify based upon firsthand knowledge about the matters stated below.

2.      I am owner of Raptor Metal Recycling LLC. The majority of my business takes place in Ohio.

3.      During the course of a year, I travel to Ohio approximately once a month for several days to conduct business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2021

By: Jacob Youngman

Jacob Youngman

**Signature:** Jacob Youngman (Jul 21, 2021 12:26 CDT)

**Email:** jacob@raptormetals.com

14866078 v1

# Youngman Declaration in Support of Opposition to Motion to Transfer

Final Audit Report                                                    2021-07-21

| | |
|---|---|
| Created: | 2021-07-21 |
| By: | Laura Kogan (lkogan@beneschlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgwU56tQom890quDQwU5SYA8kkXVsq6hC |

## "Youngman Declaration in Support of Opposition to Motion to Transfer" History

📄 Document created by Laura Kogan (lkogan@beneschlaw.com)
2021-07-21 - 5:12:22 PM GMT- IP address: 34.103.72.143

📧 Document emailed to Jacob Youngman (jacob@raptormetals.com) for signature
2021-07-21 - 5:12:38 PM GMT

📄 Email viewed by Jacob Youngman (jacob@raptormetals.com)
2021-07-21 - 5:25:17 PM GMT- IP address: 107.127.0.40

✒️ Document e-signed by Jacob Youngman (jacob@raptormetals.com)
Signature Date: 2021-07-21 - 5:26:39 PM GMT - Time Source: server- IP address: 107.127.0.40

✅ Agreement completed.
2021-07-21 - 5:26:39 PM GMT

**Adobe Sign**