UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATURAL ESSENTIALS, INC., | ) | CASE NO.  5:21-cv-823 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF TRANSFER** |
| | ) | |
| OLYMPIA SPORTS CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the Clerk is directed to transfer this case to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Date: April 22, 2022

_____
BRIDGET M. BRENNAN
U.S. DISTRICT COURT